IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> BLI NORTHWEST, INC., f/k/a DIAMOND B CONSTRUCTORS, INC., <br><br> and <br><br> CREATIVE SUSTAINABLE SOLUTIONS, INC., HARRIS ACQUISITION IV, LLC, and HARRIS CONTRACTING COMPANY d/b/a HARRIS <br><br> Defendants. | CIVIL ACTION NO. 2:18-cv-00926 <br><br> COMPLAINT <br><br> JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act, as amended by the ADA Amendments Act of 2008, 42 U.S.C. § 12101 *et. seq.*, ("ADA" and "ADAAA") to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Angela Watson, who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Defendant BLI Northwest Inc., f/k/a Diamond B Constructors Inc. ("Defendant BLI") and Defendant Creative Sustainable Solutions, Inc., Harris Contracting Company, and Harris Acquisition IV, d/b/a Harris ("Defendant Harris")

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 1 of 11

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

discriminated against Ms. Watson, a qualified individual with a disability, when they terminated her from her Rigger position on March 28, 2015.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1).

4. From at least March 1, 2015 to January 31, 2018, Diamond B Constructors, Inc. was conducting business as a mechanical contractor.

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 2 of 11

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

5. From at least March 1, 2015 to January 31, 2018, Diamond B Constructors, Inc. had continuously been doing business in the State of Washington and continuously had at least 15 employees.

6. From at least March 1, 2015 to January 31, 2018, Diamond B Constructors, Inc. had continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

7. From at least March 1, 2015 to January 31, 2018, Diamond B Constructors, Inc. was a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

8. On January 31, 2018, Diamond B Constructors, Inc. changed its name to BLI Northwest, Inc. ("Defendant BLI").

9. Defendant Creative Sustainable Solutions, Inc. is the parent corporation of Defendant Harris Acquisition IV, LLC and of Defendant Harris Contracting Company.

10. Harris is not a separate legal entity, but is a registered assumed name of Defendant Creative Sustainable Solutions, Inc. and its subsidiaries Defendant Harris Contracting Company and Defendant Harris Acquisition IV, LLC.  Defendant Creative Sustainable Solutions, Inc. and its subsidiaries do business under the name Harris (collectively "Defendant Harris").

11. At all relevant times, Defendant Harris has continuously been doing business in the State of Minnesota, and since at least January 31, 2018 has been continuously doing business in the State of Washington, and continuously has at least 15 employees.

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 3 of 11

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

12. At all relevant times, Defendant Harris has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

13. At all relevant times, Defendant Harris has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

14. At all relevant times, Defendant Harris has been conducting business as a mechanical contractor.

15. On January 31, 2018, Defendant Harris purchased and obtained nearly all of the tangible and intangible assets and personal property of Diamond B Constructors, Inc.

16. On January 31, 2018, Defendant Harris acquired nearly all of Diamond B Constructors, Inc.'s inventory, supplies, tools, and equipment.

17. On January 31, 2018, Defendant Harris acquired all of Diamond B Constructors, Inc.'s contractual interests, including software contracts, service maintenance contracts, equipment leases, and all nearly-completed contracts and work-in-progress contracts, with the exception of one subcontract agreement to be maintained between Defendant BLI and Walsh Construction Company, for which Defendant Harris will perform as sub-subcontractor on behalf of Defendant BLI.

18. On January 31, 2018, Defendant Harris acquired all of Diamond B Constructors, Inc.'s goodwill and value of the business as a going concern, and all contacts, client base, client lists, customer lists, prospects and leads and reports and files relating to the business.

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 4 of 11

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

19. On January 31, 2018, Defendant Harris acquired all of Diamond B Constructors, Inc.'s accounts receivable.

20. On January 31, 2018, Defendant Harris acquired use of the corporate name "Diamond B Constructors" and all websites, telephone numbers, trade names, trademarks, service marks, trademark and registrations, service mark registrations, copyrights, inventions, designs, trade styles and logos used in the business.

21. From January 31, 2018 through this date at least, Defendant Harris utilized the website of Diamond B Constructors, Inc. to advertise its services as a mechanical contractor business (http://www.dbnw.com/index.html). The website continues to use the Diamond B Constructors name and makes no reference to Defendant Harris during this period of time.

22. Defendant Harris purchased Diamond B Constructors, Inc. for the purpose of operating its business as a mechanical contractor.

23. As a result of the acquisition, Defendant BLI no longer has any employees.

24. As of January 31, 2018, all remaining employees of Diamond B Constructors, Inc., including at least one management official involved in the discriminatory conduct alleged herein, have become employees of Defendant Harris or one of its subsidiaries.

25. As of January 31, 2018, Harris assumed operation control of the former Diamond B Constructors, Inc. business.

26. Since its purchase of Diamond B Constructors, Inc., there has been substantial continuity of business operations by Defendant Harris.

27. With the acquisition, Diamond B. Constructors, Inc. changed its name to BLI Northwest, Inc. and remains a separate legal entity.

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 5 of 11

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

28. As a result of the acquisition, the location of Diamond B Constructors, Inc. now operates as a branch of Harris Acquisition IV, LLC.

29. As of January 31, 2018, Diamond B Constructors, Inc. operates as a subsidiary of Harris Contracting Company

30. At the time of purchase, Defendant Harris had actual notice of the EEOC charge which serves as the jurisdictional basis for this action.

31. Defendant BLI maintains a CNA Employment Practices Liability Insurance policy that may provide monetary coverage for employment discrimination claims on a claims-made basis.

32. It is not assured that Defendant BLI has had, or will have, the ability to provide relief in this matter.

33. On April 13, 2018, Harris stated it will be responsible for future injunctive compliance, if any, that may be incurred related to Ms. Watson's EEOC charge of discrimination.

34. Defendant Harris is liable in this matter under the principles of successor liability.

## ADMINISTRATIVE PROCEDURES

35. More than thirty (30) days prior to the institution of this lawsuit, Charging Party Angela Watson filed a charge with the EEOC alleging violations of Title I of the ADA by Defendants.

36. On December 18, 2017, the Commission issued to Defendant BLI a Letter of Determination finding reasonable cause to believe that Title I of the ADA was violated and

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 6 of 11

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

inviting Defendant to join with the Commission in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief. Prior to January 31, 2018, the Commission provided a copy of the Letter of Determination to Defendant Harris.

37. The Commission engaged in communications with Defendants BLI and Harris to provide Defendants the opportunity to remedy the discriminatory practices described in the Letter of Determination.

38. The Commission was unable to secure from Defendants BLI and Harris a conciliation agreement acceptable to the Commission.

39. On April 18, 2018, the Commission issued to Defendants BLI and Harris a Notice of Failure of Conciliation.

40. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

41. Since at least March 28, 2015, Defendants have engaged in unlawful employment practices in violation of Section 102(a) of Title I of the ADA, 42 U.S.C. §§ 12112(a). Defendants discriminated against Angela Watson when they terminated her employment from her position as a Rigger, on the basis of her disability, in violation of Section 102(a) of the ADA.

42. Ms. Watson is a qualified individual with a disability under Section 3 and 101(8) of the ADA, 42 U.S.C. §§ 12102 and 12111(8). Ms. Watson has epilepsy, a neurological disorder which substantially limits the major life activity of neurological function.

43. Ms. Watson has a record of disability, that being epilepsy, a neurological disorder which has caused her to experience three (3) seizures in her lifetime. Ms. Watson's epilepsy substantially limits the major life activity of neurological function.

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 7 of 11

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

44. In addition, Defendants regarded Ms. Watson as having a disability in that Defendants terminated her employment because of her impairment, epilepsy.

45. Ms. Watson is qualified for the position at issue because she is a pipefitter by trade. Ms. Watson also holds a certification as a rigger.

46. On or about March 4, 2015, Ms. Watson was dispatched by her union, United Local 26, for a Rigger position with Diamond B Constructors, Inc. for a project called "Project Turnaround" located at the Tesoro Refinery in Anacortes, Washington.

47. On or about March 4, 2015, Ms. Watson provided on a "medical history and work capabilities" form for Defendants that she has epilepsy, takes medication daily, and has no issues.

48. From about March 9, 2015 to March 22, 2015, Ms. Watson worked in her position as a Rigger on Project Turnaround on the day-shift.

49. On or about March 23, 2015, Ms. Watson transferred to working the night-shift in her same capacity as a Rigger.

50. On or about March 24, 2015, Ms. Watson disclosed to her direct supervisor at the job site, Defendants' Superintendent, that she has epilepsy. Ms. Watson did not make any request for a reasonable accommodation nor did she request to not work at heights.

51. Upon learning from the Superintendent that Ms. Watson has epilepsy, Defendants' General Foreman and a second Defendant Superintendent concluded that Ms. Watson's epilepsy precluded her from being able to safely work at heights.

52. Defendants concluded that working at heights was an essential function of the rigger position that Ms. Watson was unable to safely perform because of her epilepsy.

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 8 of 11

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

53. On or about March 28, 2015, Defendants terminated Ms. Watson from her position as a Rigger because of her epilepsy.

54. The effect of the practices complained of in paragraphs 41 through 53 above has been to deprive Ms. Watson of equal employment opportunities and otherwise adversely affect her status as an employee because of her disability.

55. The unlawful employment practices complained of in paragraphs 41 through 53 above were and are intentional.

56. The unlawful employment practices complained of in paragraphs 41 through 53 above were done with malice or with reckless indifference to the federally protected rights of Angela Watson.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, agents, successors, assigns, and all persons in active concert or participation with them, from unlawfully failing to provide equal employment opportunities to applicants for employment and employees with disabilities and to accommodate applicants' and employees' disabilities, and any other employment practice which discriminates on the basis of disability.

B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 9 of 11

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

C. Order Defendants to make whole Ms. Watson by providing appropriate back pay with interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendants to make whole Ms. Watson by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 41 through 53 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

E. Order Defendants to make whole Ms. Watson by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 41 through 53 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendants to pay Ms. Watson punitive damages for their malicious or reckless conduct, as described in paragraphs 41 through 53 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 25 day of June, 2018.

EQUAL EMPLOYMENT OPPORTUNITY  COMMISSION

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 10 of 11

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney<br>roberta.steele@eeoc.gov | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney<br>john.stanley@eeoc.gov | GWENDOLYN Y. REAMS<br>Associate General Counsel<br>Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |
| MAY R. CHE<br>Senior Trial Attorney<br>may.che@eeoc.gov | |

BY: */s/ Roberta L. Steele*
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 220-6919
Facsimile (206) 220-6911

Attorneys for Plaintiff EEOC

EEOC v. BLI Northwest, Inc. and Harris – COMPLAINT
2:18-cv-00926
Page 11 of 11

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882