THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BLI NORTHWEST, INC., *et al.*,<br><br>Defendants. | Case No. 2:18-cv-00926 RAJ<br><br>[PROPOSED] ORDER RE UNOPPOSED MOTION TO STAY LITIGATION DUE TO LAPSE IN APPROPRIATIONS |

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

DATED this 23rd day of January, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER RE UNOPPOSED MOTION TO STAY LITIGATION DUE TO LAPSE IN APPROPRIATIONS – 2:18-cv-00926 RAJ
Page **1** of **1**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882